**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY BANKS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.   2:15-cv-00187-JAD-NJK |
| JAMES COX, et al., | ) **ORDER** |
| Defendants. | ) |

**I.      DISCUSSION**

On March 28, 2016, this Court issued a screening order and stayed the case for 90 days to give the parties an opportunity meet with a court-appointed mediator.  (ECF No. 7).  On June 9, 2016, Defendants filed a motion for an extension of time to file their status report.  (ECF No. 9).  Defendants seek to file their status report seven (7) days following the conclusion of the scheduled conference because the Inmate Early Mediation Conference had not been scheduled yet and the stay is set to expire on June 27, 2016. (*Id.* at 1-2).  The Early Mediation Conference has subsequently been set for July 29, 2016.  (ECF No. 10).

The Court grants the motion for an extension of time.  Defendants shall file their status report no later than seven (7) days following the conclusion of the conference which is currently set July 29, 2016.  (ECF No. 10).

///
///
///
///
///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 9) is GRANTED. Defendants shall file their status report no later than seven (7) days following the conclusion of the Early Mediation Conference.

DATED: This 16th day of June, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge