UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY BANKS,<br><br>    Plaintiff(s),<br><br>vs.<br><br>DR. SUE, et al.,<br><br>    Defendant(s). | Case No. 2:15-cv-00187-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 15) |

  Pending before the Court is Plaintiff's motion to extend his copy work limit. Docket No. 15. An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Pursuant to NDOC regulations, inmates can only accrue a maximum of $100 debt for copy work expenses for all cases. *See, e.g.*, *Weddle v. Baker*, 2014 U.S. Dist. Lexis 151674, *3 (D. Nev. Oct. 27, 2014). "In this district, courts have found that they can order a prison to extend limited photocopying when it is necessary for an inmate to provide copies to the Court and other parties." *Id.* (citing *Allen v. Clark Cnty. Det. Ctr.*, 2011 U.S. Dist. Lexis 31756 (D. Nev. Mar. 11, 2011)).

  In the pending motion, Plaintiff fails to explain how he has used the copy limit already allotted to him. Moreover, Plaintiff fails to show that other means of copying (including using carbon paper) are not available. Accordingly, the motion to extend Plaintiff's copy work limit is hereby **DENIED**.

  IT IS SO ORDERED.

  Dated: September 6, 2016

                  _____
                  NANCY J. KOPPE
                  UNITED STATES MAGISTRATE JUDGE